TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531)
A. James Isbester (State Bar No. 129820)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: djfurniss@townsend.com
       jisbester@townsend.com

Attorneys for specially appearing defendants
Wi-LAN, Inc., Wi-LAN Technologies
Corporation, Wi-LAN Technologies, Inc.,
and Wi-LAN V-Chip Corp.

**GRANTED**
*James Ware*
Judge James Ware

10/27/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br><br>    Defendants. | Case No. C 08-CV-04555 **JW (HRL)**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Specially appearing defendants Wi-LAN, Inc., Wi-LAN Technologies Corporation, Wi-LAN Technologies, Inc., and Wi-LAN V-Chip Corp, by and through their counsel, request that defendants' time to answer or otherwise respond to the amended complaint herein be extended until January 5, 2009.

This stipulated request is made on the grounds that defendants require the additional time in which to prepare appropriate responses. Defendants' time to respond to the complaint has not previously been extended, either by stipulation or by order. The complaint in this case was filed on September 30, 2008. Plaintiff Intel Corporation does not oppose defendants' request.

STIPULATION AND ORDER EXTENDING TIME - 1 -
CASE NO. C 08-CV-04555 HRL

So stipulated,

Dated: October 22, 2008			TOWNSEND AND TOWNSEND AND CREW LLP


					By:  _____/S/_____
					       A. JAMES ISBESTER

					Attorneys for specially appearing defendants
					Wi-LAN, Inc., Wi-LAN Technologies,
					Corporation, Wi-LAN Technologies, Inc., and
					Wi-LAN V-Chip Corp.

Dated: October ___, 2008			KIRKLAND & ELLIS LLP


					By:  _____/S/_____
					       ADAM R. ALPER

					Attorneys for plaintiff Intel Corporation.

Upon the parties' stipulation, and good cause appearing therefor, it is

**SO ORDERED.**

Dated: __October 27__, 2008		By: _/s/ James Ware_____
					       United States District Court Judge