\* E-filed 4/16/09\*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

INTEL CORPORATION,

  Plaintiff,

v.

WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC. AND WI-LAN VI-CHIP CORP,

  Defendants.

Case No. CV 08-04555 JW (HRL)

**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME RE: MOTION TO COMPEL; AND (2) SETTING HEARING ON MOTION TO COMPEL**

Re: Docket No. 114

On April 10, 2009, plaintiff Intel Corporation filed a motion to compel discovery relevant to defendant's motion to dismiss/transfer.

Presently before the court is plaintiff's motion for an expedited April 22, 2009 hearing on the motion to compel. Defendant Wi-Lan opposes the request. Upon consideration of the papers submitted by the parties, the court orders as follows:

1. The court does not find good cause has been shown to justify an expedited hearing. The hearing is set for May 26, 2009, 10:00 a.m. in Courtroom 2.

2. Briefing on the motion shall proceed in accordance with the court's Civil Local Rules.

**IT IS SO ORDERED.**

Dated: 4/16/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA ECF.

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/16/09

/s/ mpk
Chambers of Magistrate Judge Lloyd