* E-filed 05/26/2009 *

Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR SPECIALLY APPEARING
DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br><br>Defendants. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009**<br><br>Date: August 18, 2009<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Magistrate Judge: Hon. Howard R. Lloyd |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

Austin 51116v1

| | |
|---|---|
| 1 | Subject to the approval of the Court, the parties respectfully request that the hearings for Wi-LAN Inc.'s ("Wi-LAN") April 17, 2009 Motion to Compel Discovery and Intel Corporation's ("Intel") April 10, 2009 Motion to Compel Discovery Relevant to Wi-LAN's Motion to Dismiss/Transfer be continued from June 16, 2009, to August 18, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard. This stipulation is hereby filed before the deadline for Plaintiff Intel's opposition or Defendant Wi-LAN's opposition, and neither Intel nor Wi-LAN has yet filed an opposition to either motion. |
| 8 | So stipulated, |
Subject to the approval of the Court, the parties respectfully request that the hearings for Wi-LAN Inc.'s ("Wi-LAN") April 17, 2009 Motion to Compel Discovery and Intel Corporation's ("Intel") April 10, 2009 Motion to Compel Discovery Relevant to Wi-LAN's Motion to Dismiss/Transfer be continued from June 16, 2009, to August 18, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard. This stipulation is hereby filed before the deadline for Plaintiff Intel's opposition or Defendant Wi-LAN's opposition, and neither Intel nor Wi-LAN has yet filed an opposition to either motion.

So stipulated,

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

1

| | | |
|---|---|---|
| 1 | Dated: May 22, 2009 | By: /s/ Michael G. McManus |
| 2 | | Robert A. Cote (admitted *pro hac vice*) |
| | | rcote@mckoolsmith.com |
| 3 | | Gayle Rosenstein Klein |
| | | (State Bar No. 237975) |
| 4 | | gklein@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 5 | | 399 Park Avenue, Suite 3200 |
| | | New York, NY 10022 |
| 6 | | Telephone: (212) 402-9400 |
| | | Facsimile: (212) 402-9444 |
| 7 | | |
| 8 | | Michael G. McManus |
| | | (admitted *pro hac vice*) |
| 9 | | mmcmanus@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 10 | | 1700 K Street, N.W., Suite 740 |
| | | Washington, D.C. 20006 |
| 11 | | Telephone (202) 370-8300 |
| | | Facsimile: (202) 370-8344 |
| 12 | | |
| 13 | | |
| | | ATTORNEYS FOR DEFENDANTS WI-LAN |
| 14 | | INC., WI-LAN TECHNOLOGIES |
| | | CORPORATION, WI-LAN |
| 15 | | TECHNOLOGIES, INC., and WI-LAN V-|
| | | CHIP CORP. |
| 16 | | |
| 17 | Dated: May 22, 2009 | By: /s/ Adam R. Alper |
| | | Adam R. Alper (S.B.N. 196834) |
| 18 | | aalper@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 19 | | 555 California Street |
| | | San Francisco, CA 94104-1501 |
| 20 | | Telephone: (415) 439-1400 |
| | | Facsimile: (415) 439-1500 |
| 21 | | |
| 22 | | ATTORNEYS FOR PLAINTIFF INTEL |
| | | CORPORATION |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

2

**Order**

Pursuant to the parties' stipulation, the hearings for Wi-LAN Inc.'s ("Wi-LAN") April 17, 2009 Motion to Compel Discovery and Intel Corporation's ("Intel") April 10, 2009 Motion to Compel Discovery Relevant to Wi-LAN's Motion to Dismiss/Transfer are continued from June 16, 2009, to August 18, 2009, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __May 25_____, 2009     By:_____
                                 THE HONORABLE HOWARD R. LLOYD
                                 UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

3